UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JULIAN PARRILLA PEREZ;
CARLA RIVERA CRUZ; and
ADY RASHID RODRIGUEZ PEREZ,
    Plaintiffs,

v.

POLICE OFFICER VEGA;
POLICE OFFICER GINGRASSO;
POLICE OFFICER JOHN DOES 1-8; and
CITY OF READING,
    Defendants.

No. 5:18-cv-00997

**O R D E R**

**AND NOW**, this 5th day of March, 2019, upon consideration of Plaintiffs' Amended Complaint, ECF No. 9; Defendants' Partial Motion to Dismiss, ECF No. 11; Plaintiffs' Response, ECF No. 13; and Defendants' Reply, ECF No. 14, and for the reasons set forth in the accompanying Opinion, **IT IS ORDERED THAT**:

1. Defendants' Partial Motion to Dismiss, ECF No. 11, is **GRANTED in Part and DENIED in Part**.

2. Counts II, III, IV, V-1, and VII of the Amended Complaint are **DISMISSED with prejudice**, however Plaintiffs are granted leave to file a second Amended Complaint with respect to Count V-2 and the claim for section 1983 selective enforcement **on or before March 26, 2019**.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The Court does not grant leave to amend Counts II, III, IV, V-1, and VII because amendment to those Counts would be futile.